IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00826-LTB-MJW

COREY A. SHIVELY,

Plaintiffs,

v.

MATT ROCK, et al.,

Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Pro Se Plaintiff's Motion to Amend Complaint (docket no. 12) is GRANTED.  The Defendants have failed to file any response to this motion and this court deems the motion confessed.  The Pro Se Plaintiff shall file his First Amended Complaint with the court on or before October 7, 2009, adding Defendant Julie Tollis and such First Amended Complaint shall also include the additional claims that the Pro Se Incarcerated Plaintiff is bringing against Defendant Julie Tollis and outlined in the subject motion (docket no. 12).

It is FURTHER ORDERED that once the First Amended Complaint is filed then the Pro Se Plaintiff shall forthwith serve Defendant Julie Tollis with the Summons and First Amended Complaint and he shall further provide to all other Defendants a copy of the First Amended Complaint by October 14, 2009.

Date:  September 25, 2009