**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 09-cv-00826-LTB-MJW

COREY A. SHIVELY,

      Plaintiff,

v.

MATT ROCK, Parole Officer, Individual and Official Capacity,
ARI ZAVARUS, Director, and
LARRY BRONES, Case Manager at Delta Correctional Facility, Individual and Official Capacity,

      Defendants.

---

**ORDER**

---

Notice of Entry of Appearance was filed January 28, 2010 which states: "Comes Now the Plaintiff, Corey A. Shively, and hereby gives notice that he enters the appearance of his counsel in the above-captioned matter, The Law Offices of Sandomire & Schwartz."

I first note that a party Plaintiff cannot enter the appearance of counsel. Next, a law firm or "law office" cannot enter an appearance on behalf of a party. The appearance must be entered by an individual attorney.

Gabriel N. Schwartz is named as the attorney for Plaintiff. Notwithstanding the above deficiencies, I will note the appearance of Gabriel N. Schwartz as attorney for Plaintiff Corey A. Shively.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: January 29, 2010