IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00826-LTB-MJW

COREY A. SHIVELY,

Plaintiffs,

v.

MATT ROCK, et al.,

Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that Plaintiff's Motion to Amend Complaint (docket no. 35) is GRANTED pursuant to Fed. R. Civ. P. 15.  The Defendants have not filed any timely response to this motion and this court deems the motion confessed.  The First Amended Complaint (docket no. 35-2) is accepted for filing as of the date of this minute.

Date:  February 24, 2010