IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00826-LTB-MJW

COREY A. SHIVELY,

Plaintiffs,

v.

MATT ROCK, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that plaintiff's Motion to Accept as Timely Filed the Response to Motion to Dismiss First Amended Complaint **(Docket No. 63)** is **granted**, and the plaintiff's response (Docket No. 60) is accepted for filing notwithstanding it having been filed at 5:01 p.m. rather than on or before 5:00 p.m. on April 9 as directed by this court (see Docket No. 58). It is further

**ORDERED** that the plaintiff's Motion for Leave to Submit Second Amended Complaint **(Docket No. 61)** is **stricken**. Despite plaintiff's previous motion being stricken for, *inter alia*, not complying with D.C.COLO.LCivR 7.1(A) (see Docket No. 58), plaintiff once again did not comply with the duty to state in the motion or in a certificate attached to the motion the specific efforts to comply with his duty to confer. It is further

**ORDERED** that plaintiff's "Motion to Accept Response to Motion to Dismiss, and Motion fo [sic] Rleave [sic] to Amend Complaint, As Timely Filed" **(Docket No. 56)** is **denied as moot**. It is further

**ORDERED** that plaintiff's counsel is directed to review and become familiar with the Local Rules of Practice for the United States District Court for the District of Colorado. See, e.g., D.C.COLO.LCivR 10.1(E) ("**Spacing.** All papers shall be double-spaced."). Any additional filings by counsel that do not comply with the Local Rules of Practice will be stricken and not considered by the court.

Date: April 13, 2010