**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 09-cv-00826-LTB-MJW

COREY A. SHIVELY,

    Plaintiff,

v.

MATT ROCK, Parole Officer, Individual and Official Capacity,
ARI ZAVARUS, Director, and
LARRY BRONES, Case Manager at Delta Correctional Facility, Individual and Official Capacity,

    Defendants.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on February 18, 2011 (Doc 84). Plaintiff requested and received an extension of time up to and including March 22, 2011 to file written objections to the recommendations but has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted as follows:

1.     Defendants' Motion for Summary Judgment (Doc 78) is GRANTED.

2.     Defendants' Motion to Dismiss First Amended Complaint (Doc 45) is DENIED AS MOOT.

3.     Plaintiff's Motion to Move for Settlement Based on Constitutional Violation (Doc 72) is DENIED.

                                                     BY THE COURT:

                                                       s/Lewis T. Babcock
                                                     Lewis T. Babcock, Judge

DATED:   March 23, 2011